UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 25-434 (PAM/DLM)

Plaintiff,

v. **ORDER**

Andre Lamont Lewis,
Gregory Cleveland Williams,
and Karl Emanuel Allwood,

Defendants.

---

This matter is before the Court on Defendants' Motion to Exclude Time under the Speedy Trial Act. Defendants' counsel seeks to exclude three months' time from the speedy-trial computations in this case to allow additional time to evaluate the evidence, consult with their clients, engage in potential plea negotiations, and prepare for trial. Counsel further requests to exclude time based on their workload and scheduling conflicts. The Government does not oppose the request.

The Court finds that the ends of justice served by further continuing this case outweigh the interest of the public and Defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant the motion would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendants' Motion (Docket No. 100) is **GRANTED**; and

2. The period of time between December 5, 2026, and February 8, 2027, is excluded from computation under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A).

Dated: November 4, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge